UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DENNIS E. NELSON

Case No. 8:12 cr 562-T-30MAP

# FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 45), pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

- a. One CD;
- b. A Sony Digital Camera, Model CD MAVICA, Serial Number 342629, with black case;
- c. A Senton Data Stick Pro 4GB;
- d. A Compaq Tower Computer, Model Presario SR 1000, Serial Number CNH5480QF7;
- e. An HP 16 GB thumb drive;
- f. A Maxtor Hard Drive, Model 33073H3, Serial Number L3J0Y7EC;
- g. A Hitachi Hard Drive, Model IC35L060AVV207 0, Serial Number VNVB02G2G8SM1G; and
- h. A Western Digital External Hard Drive, Model WD1600, Serial Number WMAES1406431.

On July 23, 2013, the Court entered a Preliminary Order of Forfeiture against the defendants interest in the assets identified above, pursuant to 18 U.S.C.§ 2253.  Doc. 41.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States also published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 25, 2013 through August 23, 2013.  Doc. 42.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.   Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 45) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 3rd day of October, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-562 Nelson forfeit FJ.docx